McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, SBOT 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARY L. WALLEN, )<br>                     )<br>    Plaintiff, )<br>                     )<br>       v. )<br>                     )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>                     )<br>    Defendant. )<br>_____) | CIVIL NO. 1:06-cv-01107 DLB<br><br>STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

       It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of Four Hundred Seventy-one Dollars and twenty cents ($471.20), plus costs of court, for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees and costs under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

       Payment of fees in the amount of Four Hundred Seventy-one Dollars and twenty cents ($471.20) , and costs of court shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees and costs in connection with this action, without prejudice to any future

request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                    Respectfully submitted,

Dated: March 9, 2007                /s/
                                    ROBERT D. CHRISTENSON
                                    (As authorized via email)
                                    Attorney for Plaintiff

Dated: March 13, 2007           McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/
                                    SARAH RYAN
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

        IT IS SO ORDERED.

        **Dated:**  **March 13, 2007**                **/s/ Dennis L. Beck**
9b0hie                                                          UNITED STATES MAGISTRATE JUDGE